■ CONSTELACION S. DE R. L., Respondent, v. WILLIAM HORNE, Appellant. — Order, entered on August 10, 1965, denying defendant's motion to dismiss the action for failure to prosecute, unanimously affirmed on the facts and in the exercise of discretion, without costs and without disbursements. The affirmance

is not on the grounds assigned by Special Term. Concur — Botein, P. J., Rabin, Valente, Eager and Steuer, JJ.